# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5383** **September Term, 2026**

**1:22-cv-03567-CJN**

**Filed On: September 8, 2026 [2191756]**

New Civil Liberties Alliance,

Appellant

v.

Securities and Exchange Commission,

Appellee

**BEFORE:** Circuit Judges Henderson and Garcia, and Senior Circuit Judge Randolph

**COURTROOM MINUTES OF ORAL ARGUMENT**

PROCLAMATION BEING MADE, the Court opened on Tuesday, September 8, 2026 at 9:39 a.m. The cause was heard as case No. 1 of 3 and argued before the Court by:

Matthew D. Hardin, counsel for Appellant.

Mary Alexandra Verdi (SEC), counsel for Appellee.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Anne A. Rothenberger
Deputy Clerk